IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOHN SCOTT GOERNER,<br><br>            Defendant. | Case No. 3:21-cr-00102-TMB-KFR |

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON A PLEA OF GUILTY**

Upon Defendant's request to enter a guilty plea pursuant to Rule 11 of the Federal Rules of Criminal Procedure to Possession of Methamphetamine, in violation of 21 U.S.C. § 844 (a), a lesser included offense of Count 1 of the Indictment, this matter was referred to the Magistrate Judge by the District Court.

Thereafter, the matter came on for a hearing on Defendant's guilty plea, in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge, in open court and on the record. At the change of plea hearing, the Magistrate Court advised Defendant of his right to proceed with his change of plea before the District Court; Defendant knowingly and

R&R re Plea of Guilty
*United States v. Goerner*
Case No. 3:21-cr-00102-TMB-KFR                                Page 1

Case 3:21-cr-00102-TMB-KFR   Document 45   Filed 05/18/22   Page 1 of 5

voluntarily waived that right on the record. A written consent to proceed before the Magistrate Judge was signed by Defendant and filed.

In consideration of that hearing and the allocution made by Defendant under oath on the record and in the presence of counsel, and the remarks of the Assistant United States Attorney,

**A.    I make the following FINDINGS – that Defendant understands:**

1. That any false statements made by Defendant under oath may later be used against him in a prosecution for perjury;

2. The right to persist in a plea of "not guilty";

3. The consequences of a finding of guilty if he is not a United States citizen;

4. The nature of the charge against him;

5. The maximum possible sentence, including imprisonment, probation, fine, and the effect of the supervised release term;

6. Any applicable mandatory minimum penalty;

7. The Court's authority to order restitution;

8. The Court's obligation to impose a special assessment;

9. Any applicable forfeiture;

10.    The right to a speedy and public trial by jury;

R&R re Plea of Guilty
*United States v. Goerner*
Case No. 3:21-cr-00102-TMB-KFR                                                                 Page 2
Case 3:21-cr-00102-TMB-KFR   Document 45   Filed 05/18/22   Page 2 of 5

11. The right to be represented by counsel – and if necessary to have the Court appoint counsel – at trial and at every other stage of the proceedings;

12. The right to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses;

13. The Defendant's waiver of trial rights if the Court accepts a guilty plea or nolo contendere;

14. That Defendant knowingly, intelligently, and voluntarily waived his right to appeal or collaterally attack his conviction and any sentence imposed if it is within the range permitted by the plea agreement; and

15. That in determining a sentence, the Court's obligation to calculate the applicable sentencing guideline range and to consider that range, possible departures under the Sentencing Guidelines, and other sentencing factors under 18 U.S.C. §3553(a).

**B.     I further FIND that:**

1. Defendant is competent to enter a plea;

R&R re Plea of Guilty
*United States v. Goerner*
Case No. 3:21-cr-00102-TMB-KFR                                       Page 3
Case 3:21-cr-00102-TMB-KFR   Document 45   Filed 05/18/22   Page 3 of 5

2. That the plea of guilty by Defendant has been knowingly and voluntarily made and is not the result of force or threats or coercion;

3. Any agreements or promises which induced the plea of guilty are set forth in the written plea agreement or on the record; and

4. That there is a sufficient factual basis for Defendant's plea.

**C.** **I RECOMMEND** that the District Court accept Defendant's plea of guilty to Possession of Methamphetamine, in violation of 21 U.S.C. § 844 (a), a lesser included offense of Count 1 of the Indictment.

**IT IS FURTHER ORDERED:**

**D.** **A Presentence Report be prepared.**

1. Any objection(s) to the presentence report shall be filed no later than fourteen (14) days after receiving the presentence report pursuant to Fed. R. Crim. P. 32(f)(1).

2. Any sentencing memorandum shall be filed no later than seven (7) business days prior to sentencing pursuant to D.Ak. L.Cr.R. 32.1(d).

The Sentencing hearing will be held before United States District Judge Timothy M. Burgess on **August 16, 2022, at 11:00 a.m.** in Anchorage

R&R re Plea of Guilty
*United States v. Goerner*
Case No. 3:21-cr-00102-TMB-KFR Page 4
Case 3:21-cr-00102-TMB-KFR   Document 45   Filed 05/18/22   Page 4 of 5

Courtroom 1. The Court excludes time from May 9, 2022, until the time of sentencing pursuant to 18 U.S.C. §3161(h)(1)(G) on the ground that the District Judge will be considering the proposed plea agreement.

DATED this 18th day of May 2022, at Anchorage, Alaska.

<u>s/ Kyle F. Reardon</u><br>
KYLE F. REARDON<br>
United States Magistrate Judge<br>
District of Alaska

## NOTICE OF RIGHT TO OBJECT

This Report and Recommendation is being issued as a Final Report and Recommendation. Pursuant to Fed. R. Crim P. 59(b)(3), any objections will be considered by the District Court Judge who will accept, reject, or modify the recommendation following de novo review. Any objections must be filed within **seven (7) days** from the date of service of this Report and Recommendation. Fed. R. Crim. P. 59(b)(2) and D.Ak.L.M.R. 6(a) authorizes the Court to alter the standard objection deadlines.

Reports and recommendations are not appealable orders. Any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment. *See Hilliard v. Kincheloe*, 796 F.2d 308 (9th Cir. 1986).

R&R re Plea of Guilty
*United States v. Goerner*
Case No. 3:21-cr-00102-TMB-KFR                                                                 Page 5
Case 3:21-cr-00102-TMB-KFR   Document 45   Filed 05/18/22   Page 5 of 5